# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: |
| Alice Berdicchia, | 22-01SMJ |
| Defendant. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**See Attachment A, Incorporated By Reference Herein.**

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

AUTHORIZED BY: KEITH VERCAUTEREN, AUSA

KEITH VERCAUTEREN  Digitally signed by KEITH VERCAUTEREN
Date: 2022.01.05 18:56:07 -07'00'

| | |
|---|---|
| | ALLISON GONZALES  Digitally signed by ALLISON GONZALES  Date: 2022.01.05 14:03:03 -07'00' |
| ALLISON GONZALES | |
| Name of Complainant | Signature of Complainant |

Sworn to before me and subscribed in my presence

January 5, 2022 @ 745pm              at      Phoenix, Arizona
Date                                                         City and State

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge
Name & Title of Judicial Officer                          Signature of Judicial Officer

**Attachment A**

**COUNT 1**

On or about November 26, 2021, in the District of Arizona, Defendant ALICE BERDICCHIA, knowing that Essa Williams had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly aid and abet Essa Williams' possession of a firearm, that is, a Glock 9mm pistol, bearing serial number BCVZ896, said firearm having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

**Attachment B**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

**Statement of Probable Cause**

Your Affiant, Allison Gonzales, being first duly sworn, hereby deposes and states as follows:

## I.    INTRODUCTION AND AGENT BACKGROUND

1.    Your Affiant is an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.    Your Affiant is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and has been so employed since May 2015. I am presently a member of the ATF Phoenix Field Division Crime Gun Intelligence Center. As an ATF SA, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 and Title 21 of the United States Code (U.S.C.).

3.    Your Affiant has previously participated in investigations which resulted in the arrests, searches, and seizures of individuals and property. During my career with ATF, I have participated in the use of cooperating informants, undercover agents, pen register/trap and trace devices, video surveillance, wiretaps, GPS tracking devices, search warrants, and audio surveillance, among other law enforcement techniques. During my tenure with the ATF, I have participated in numerous investigations that involve possession of firearms

1

and ammunition by prohibited persons and investigations involving interstate firearms and ammunition trafficking. I am familiar with federal firearm and ammunition laws.

4. The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training, and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; analysis of public records; analysis of social media information; analysis of telephone records; and intercepted communications.

5. This Affidavit is being submitted in support of a Criminal Complaint in the matter of ALICE BERDICCHIA. Your Affiant submits that there is probable cause to believe that ALICE BERDICCHIA, knowing that Essa Williams had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly aid and abet Essa Williams' possession of a firearm, that is, a Glock 9mm pistol, bearing serial number BCVZ896, said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2, 922(g)(1), and 924(a)(2).

6. As an ATF SA, your Affiant is familiar with federal criminal laws pertaining to firearms, explosives, and narcotics violations. Your Affiant knows that it is a violation of 18 U.S.C. § 922(g)(1) for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition. Your Affiant also knows that it is a violation of 18 U.S.C. § 2 for any person

to aid, abet, counsel, command, induce or procure another person in the commission of a crime.

7.    I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause in support of a Criminal Complaint for ALICE BERDICCHIA.

## II.    PROBABLE CAUSE

8.    On January 13, 2017, Essa WILLIAMS (WILLIAMS) pleaded guilty to the felony charges of Aggravated Assault with a Deadly Weapon and Armed Robbery in Maricopa County Superior Court.  He was subsequently sentenced to three years in the Arizona Department of Corrections.  WILLIAMS was released to supervision on April 6, 2020.

9.    On December 14, 2021, at approximately 2:06 a.m., Phoenix Police Department (PPD) Officers Jonson and Moldovan responded to multiple calls for service of a black Dodge Charger driving recklessly in the area of North 15th Avenue and West Pierson Street.  This vehicle was located at 1545 West Camelback Road with the registration returning to Essa WILLIAMS, a Black male with a date of birth (DOB) of XX/XX/1997. WILLIAMS is a prohibited possessor per 18 U.S.C. § 922(g)(1) due to felony convictions in the State of Arizona for Armed Robbery and Aggravated Assault with a Deadly Weapon for which WILLIAMS was sentenced to three years in the Arizona Department of Corrections. Furthermore, WILLIAMS has not had his civil rights restored.

10.    Upon the arrival of PPD officers to the scene, contact was initially made with WILLIAMS, but he fled, and a foot pursuit ensued.  Officers Moldovan and Jonson pursued WILLIAMS to an apartment complex located at 4802 North 15th Avenue, where the

3

apartment complex surveillance video footage shows the officers split up to continue searching for WILLIAMS. Within a few minutes, Officer Moldovan located WILLIAMS hiding in a patio of an apartment at 4802 North 15th Avenue. A review of the footage from the body worn camera of Officer Moldovan shows WILLIAMS speaking on a cellphone and ignoring Officer Moldovan's commands to see his hands. The body worn camera then shows WILLIAMS pulling out a handgun and shooting Officer Moldovan multiple times. The body camera footage shows WILLIAMS rolled an unconscious Officer Moldovan over and attempted to remove Officer Moldovan's still holstered duty weapon. Officer Jonson heard the shots from WILLIAMS' gun and ran to that location. Officer Jonson observed WILLIAMS pulling on Officer Moldovan's still holstered weapon and took WILLIAMS into custody without further incident. As of January 3, 2021, Officer Moldovan is still in critical condition from his injuries.

11. The firearm used by WILLIAMS in the shooting of Officer Moldovan was found at the scene and is an FNH, FNP9, 9mm pistol (SN: 61BMN07217). Law enforcement found another firearm, a Glock 19 Gen 4 9mm pistol (SN: BCVZ896), on a nearby patio in the apartment complex where WILLIAMS was hiding prior to the shooting.

12. The cellular phone WILLIAMS was utilizing during this incident was found at the scene and a search warrant was issued under Maricopa County Superior Court Search Warrant SW 2021-092158 for its contents for the 24-hour period before the shooting incident. The black Dodge Charger registered to WILLIAMS was later transported by PPD to 621 West Washington Street to be searched pursuant to the same Search Warrant.

4

13.    On December 14, 2021, at approximately 6:00 p.m., PPD detectives searched the black Dodge Charger belonging to WILLIAMS. During the search, detectives found a black 9mm Masterpiece Arms Defender 9mm pistol on the back seat floorboard.

14.    On December 16, 2021, a subpoena was served on Maricopa County Sherriff's Office (MCSO) Custody Bureau Intelligence Unit for WILLIAMS' jail calls. On December 14, 2021 at 3:32 p.m., WILLIAMS initiated a phone call while in "cell 5" to 312-888-5495. A search of this phone number in law enforcement databases returned information for Valerie McGregor, a Black female currently residing in Kenansville, North Carolina. A search of social media databases shows McGregor is friends with the one of the known Facebook profiles of WILLIAMS' mother, Erika Williams, and is linked to Erika Williams via law enforcement databases as a previous cohabitant.

15.    Immediately following the initiation of the call, the female identified as McGregor stated, "It's nana" and she has "Erika and Alice on the other phone." WILLIAMS' known girlfriend is ALICE BERDICCHIA (BERDICCHIA). The female stated she is trying to do a 3-way (call). The 3-way call is successful and two additional distinct female voices enter the call. They appear to be driving as one asked, "Should we pull over." WILLIAMS then asked for their phone numbers and a female asked him if he has something to write with and further stated, "Essa, my phone number is 623-703-4295." This number is listed in WILLIAMS' phone contacts as "OG💯🤎"; in text conversations with WILLIAMS, this contact replied to a text from WILLIAMS on July 24, 2021 with "my son is da bestest!!!!" WILLIAMS then asked for "Alley's" phone number and said, "What's Alley's?" A different voice came on and said, "623-920-1677." This number is ported to

Alice BERDICCHA and is additionally listed in the contacts of WILLIAMS phone as "Alice" and alternatively in the contacts of WILLIAMS WhatsApp account linked to his phone as "♥♥".

16.     WILLIAMS then stated he "messed up brother." The voice identified as BERDICCHIA asked, "Are you okay?" and continued to say, "We are right here, we are right here." WILLIAMS then said, "Mom" and the alternate voice identified as Erika Williams stated, "Yes." WILLIAMS stated, "I'm sorry…mom" and then Erika Williams stated, "Yes."

17.     BERDICCHIA then stated, "Hey, hey, hey baby…I am going to wait right here where you left me okay…no one's going nowhere." WILLIAMS replied, "Alright baby." WILLIAMS then said, "I messed up." BERDICCHIA responded, "It's okay, it happens."

18.     WILLIAMS stated, "Mom" to which Erika Williams replied, "Yes." WILLIAMS replied, "It's bad." Erika Williams replied, "Oh Essa." WILLIAMS asked if she could hear him, and she replied yes. He then replied again, "It's bad." Erika Williams asked WILLIAMS, "You didn't talk to the police, did you?" WILLIAMS responded that he asked for an attorney.

19.     WILLIAMS then stated, "Mom" to which Erika Williams responded, "Yes." WILLIAMS said, "Go to my house (inaudible)." Erika Williams responded, "Huh?" WILLIAMS responded, "Take an Uber to my house…" Erika Williams responded that she did not hear him. WILLIAMS said, "Take an Uber to my crib right now." Erika Williams responded, "We just left there." WILLIAMS asked, "Who did?" Erika Williams said, "I'm with Alice." WILLIAMS asked, "Did you clean it

6

up?" Erika Williams responded, "Yeah." WILLIAMS said, "Did you go in my room?" Erika Williams affirmed again. WILLIAMS said, "You got all that?" Erika Williams affirmed again. WILLIAMS said, "Alright." Erika Williams later said, "I'm with Alice in her car."

20. Erika Williams then asked WILLIAMS, "About that apartment, do you want me to take that stuff to Vegas?" WILLIAMS replied, "Huh?" Erika Williams stated again, "Do you want me to take that stuff to Vegas?" WILLIAMS replied, "What stuff?" Erika Williams replied, "The stuff in the apartment." WILLIAMS said, "Ask Alley." Erika Williams responded, "Okay."

21. Pursuant to law enforcement databases and other information, both WILLIAMS and BERDICCHIA are associated to the address at 4802 N. 12th St., Apartment 1018, Phoenix AZ (Phoenix Apartment), and to the residence at 5902 Terra Grande Avenue in Las Vegas, NV (Las Vegas House). Both WILLIAMS and BERDICCHIA have their Arizona driver's licenses and their vehicles registered to the Phoenix Apartment. WILLIAMS is named on the current water and power billing for the Phoenix Apartment. Law enforcement has observed BERDICCHIA several times coming and going from the Phoenix Apartment. BERDICCHIA's Mercedes Benz sedan bearing AZ Plate #FJA1AE (Mercedes) is registered to BERDICCHIA at the Phoenix Apartment, and law enforcement has observed that vehicle several times at the Phoenix Apartment.

22. WILLIAMS recorded a walkthrough video of the residence at 5902 Terra Grande Avenue in Las Vegas, NV (Las Vegas House), which showed WILLIAMS' and BERDICCHIA's known vehicles parked in the driveway of the residence. WILLIAMS

7

posted this video on his social media account when WILLIAMS and BERDICCHIA began renting this house in October 2021. Additionally, WILLIAMS is named on the current water billing and BERDICCHIA is named on the current power billing for the Las Vegas House.

23.    On December 14, 2021 at approximately 2:27 a.m. (the approximate time when WILLIAMS shot Officer Moldovan), WILLIAMS placed an outgoing Facetime call to BERDICCHIA's known phone number, which lasted approximately 6:23 minutes. This is the last outgoing call from WILLIAMS' phone. Pursuant to license plate reader (LPR) data, BERDICCHIA's Mercedes was captured traveling southbound from Las Vegas toward Phoenix on US-93 through Kingman, AZ on December 14, 2021 at 4:18 a.m. At approximately 3:32 p.m. on the same day, BERDICCHIA was involved in the jail call with WILLIAMS listed above, which included the discussion involving taking "that stuff to Vegas." At approximately 8:28 p.m. the same day, BERDICCHIA's Mercedes was captured at the Intersection of E. Chaparral Road and N. Invergordon Rd. in Paradise Valley, AZ.

24.    On December 16, 2021 at 2:51 a.m., BERDICCHIA's Mercedes was seen in a parking spot at the complex housing BERDICCHIA and WILLIAMS known Phoenix Apartment. On December 16, 2021 at 8:40 p.m., LPR data again captured BERDICCHIA's Mercedes traveling northbound towards Las Vegas on US-93 through Kingman, AZ.

25.    On January 5, 2022, ATF served a Federal search warrant for BERDICCHIA's associated vehicle and residence located at 5902 Terra Grande Ave. Las Vegas NV 89122.

8

Following the search warrants, BERDICCHIA was detained and transported to the ATF Las Vegas Field Division Office, where she was read her *Miranda* rights by your Affiant and ATF Task Force Officer Aboussafy. BERDICCHIA affirmed her understanding of her rights and agreed to talk to agents.

26. During the interview, BERDICCHIA informed your Affiant of the passcode to the iPhone 12 Pro Max seized from her person during the execution of the warrants. BERDICCHIA additionally stated her phone number was 623-920-1677 and had been since she had been in contact with WILLIAMS. BERDICCHIA was shown a contact in her phone marked "♥" with associated phone number 480-803-4157. This number is ported to Essa WILLIAMS in law enforcement databases. BERDICCHIA confirmed to your affiant that "♥" was how she labeled WILLIAMS' contact.

27. BERDICCHIA stated she had been dating WILLIAMS for approximately six months. BERDICCHIA admitted to knowing WILLIAMS was a "felon" and WILLIAMS had informed BERDICCHIA he "couldn't be around firearms." BERICCHIA further admitted to your affiant that she had accompanied WILLIAMS to both Phoenix and Tucson gun shows in the last two months to purchase multiple firearms in private sales. When asked why they didn't complete any gun sales through Pawn Shops or gun stores, BERDICCHIA stated it was to get guns without "filling out paperwork," which had to be done in "private sales."

28. BERDICCHIA was shown messages with WILLIAMS dated September 16, 2021, in which BERDICCHIA texts WILLIAMS, "We getting a gun in MY NAME and you ain't driving here no more" ... "if sum happens and it gets traced under me so be it" ... "we ain't

9

risking your situation on some stupid racist bitchass cop." BERDICCHIA informed your Affiant that WILLIAMS had been pulled over on the way up to the Las Vegas residence with his Glock on him. As a result, BERDICCHIA stated WILLIAMS fled the police officer in his vehicle.



29.    BERDICCHIA was additionally shown text messages from a string with WILLIAMS dated November 12, 2021, in which BERDICCHIA responded to WILLIAMS with the texts, "haha its ok be careful plz" and "Take the gun." (Photo of text on next page). BERDICCHIA informed your Affiant that WILLIAMS always carried a Glock pistol on his person, which she would bring to him if he left it somewhere and needed it.

30.    On November 26, 2021, BERDICCHIA had a text message string with WILLIAMS where WILLIAMS stated that he was "pullin in bring da Glock w ya," and BERDICCHIA texted back, "Ok." (Photo of text on next page). On November 27, 2021, WILLIAMS took a photo with several firearms on his lap in his car, and the Glock 9mm pistol with Serial

10

Number BCVZ896 is visible in the photo. On December 12, 2021, WILLIAMS took a video of himself with his mom in a vehicle and his mom was holding the extended magazine of a Glock 9mm pistol. During the interview with BERDICCHIA, your Affiant showed her the photograph of WILLIAMS and his mom holding the Glock pistol, as well as a photograph of the Glock pistol found at the shooting scene on December 14, 2021. BERDICCHIA looked at the two photographs and told your Affiant, "That's the one I brought to him," referencing the November 26, 2021, text messages. As stated above, law enforcement found a Glock 9mm pistol with Serial Number BCVZ896 on a nearby patio in the apartment complex where WILLIAMS was hiding prior to the shooting.

 

31.    There is probable cause to believe that WILLIAMS possessed a Glock 9mm pistol with Serial Number BCVZ896 on November 26, 2021, November 27, 2021, December 12, 2021, and December 14, 2021. Both WILLIAMS and BERDICCHIA were aware of WILLIAMS felony conviction and that he was prohibited from possessing firearms. On

November 26, 2021, BERDICCHIA aided and abetted WILLIAMS possession of the Glock 9mm pistol, bearing serial number BCVZ896, by bringing the gun to him. ATF SA Atencio, who is an interstate nexus expert, completed a Nexus check on the Glock 9mm pistol, bearing serial number BCVZ896, and found that said firearm had been shipped and transported in interstate or foreign commerce.

32.     Based on the facts and circumstances set forth in this Affidavit, your Affiant submits there is probable cause to believe that on November 26, 2021, ALICE BERDICCHIA committed the crime of Aid and Abet to Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

ALLISON GONZALES
ATF Special Agent

Subscribed and sworn to electronically before me this __6__ day of January, 2022.

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

12